USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/2025__

 Drohan Lee

January 13, 2025

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>K.B. et al v. N.Y.C. Dep't of Educ.,</u> 24-cv-7377 (AT)(JW)

Dear Judge Torres,

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

The parties write jointly in accordance with the Court's November 27, 2024, Order (ECF No. 15) to respectfully request an adjournment, *sine die*, of the Case Management Conference ("Conference") scheduled before Your Honor on January 21, 2025, at 10:00 a.m., and of the submission of a joint status letter regarding settlement to February 5, 2025. As previously reported, Plaintiffs provided Defendant with their settlement demand and supporting documents on December 16, 2024 (ECF No. 18), which Defendant is diligently reviewing, together with the underlying administrative record. This is the parties' first request for adjournment of the Conference. The parties need additional time to attempt to resolve the attorneys' fees cause of action without the need to burden the Court's resources.

Accordingly, the parties request an adjournment, *sine die*, of the Conference scheduled before Your Honor on January 21, 2025, at 10:00 a.m., and propose the submission of a joint status letter on or before February 5, 2025, advising the Court on the status of this matter. Thank you for considering this submission.

    GRANTED.  The case management conference scheduled for January 21, 2025, is ADJOURNED *sine die*.  By **February 5, 2025**, the parties shall file a joint status update on settlement.

    SO ORDERED.

Dated: January 14, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge